United States District Court
Southern District of Texas
**ENTERED**
February 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDSAYCA USA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-37 |
| | § | |
| PETROLEOS DE VENEZUELA, S.A., *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER STRIKING DOCUMENT

Pending before the Court is a motion to dismiss filed by Defendant PDVSA Services, Inc. (Dkt. 6) The instrument is deficient for the following reason(s):

- The motion does not comply with the Court's Procedures section 6(B) regarding pre-motion conferences required for particular motions.

- The motion does not comply with the Court's Procedures section 6(C)(2), which requires a certificate of conference for all motions.

- The motion does not comply with the Court's Procedures section 6(C)(3), which requires a separate proposed order for all motions except those filed under Federal Rule of Civil Procedure 56.

The Clerk is hereby **ORDERED** to strike docket entry 6 from the record and notify counsel of such action.

SIGNED at Houston, Texas, this 25th day of February, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE