United States District Court
Southern District of Texas
**ENTERED**
September 29, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDSAYCA USA, INC., | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-00037 |
| | § | |
| PETROLEOS DE VENZUELA, S.A., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On June 23, 2022, Plaintiff Lindsayca USA, Inc.'s Motion for Default Judgment (Dkt. 38) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 39. Judge Edison filed a Memorandum and Recommendation on August 22, 2022, recommending the motion be **GRANTED**. *See* Dkt. 42. No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

 (1) Judge Edison's Memorandum and Recommendation (Dkt. 42) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

 (2) Plaintiff's Motion for Default Judgment (Dkt. 38) is **GRANTED**. As a result, the Clerk of Court shall first enter a default against Petroleos de Venezuela,

S.A. and Bariven, S.A. After that is done, I will enter a final judgment in favor of Lindsayca USA, Inc. and against Petroleos de Venezuela, S.A. and Bariven, S.A., jointly and severally, in the amount of $7,794,454.03. Post-judgment interest will accrue at the statutory rate on the date judgment is entered.

It is so **ORDERED**.

SIGNED and ENTERED this 29th day of September 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE