United States District Court
Southern District of Texas
**ENTERED**
September 30, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LINDSAYCA USA, INC., § § Plaintiff. § § VS. § PETROLEOS DE VENZUELA, S.A., § *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:21-CV-00037 |

## AMENDED FINAL JUDGMENT

Pursuant to the Court's Order Adopting Magistrate Judge's Memorandum and Recommendation, it is ordered that Petroleos de Venezuela, S.A. and Bariven, S.A. are jointly and severally liable to Lindsayca USA, Inc., in the amount of $7,794,454.03. Post-judgment interest will accrue at the statutory rate on the date judgment is entered.

This is a final judgment.

It is ordered that plaintiff shall, at its own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of Judge Edison's Memorandum and Recommendation (Dkt. 42), the Order Adopting Magistrate Judge's Memorandum and Recommendation (Dkt. 45), the Entry of Default (Dkt. 46), and this judgment to defendants and provide proof of service of the same.

SIGNED at Houston, Texas on September 30, 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE