UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

# WRIT OF EXECUTION

*To the UNITED STATES MARSHAL for the Southern District of Texas:*

In Civil Action Number: 4:21-CV-00037

In this Division: HOUSTON

Which was styled:

LINDSAYCA USA, INC.

*-versus-*

PETROLEOS DE VENEZUELA, S.A., et al

This judgment creditor:

LINDSAYCA USA, INC.

Recovered a judgment of: $ 7,794,454.03

Plus costs of: $

Which judgment was entered on: On September 30, 2022, the Court entered an Amended Final Judgment holding Petroleos de Venezuela, S.A. and Bariven, S.A. jointly and severally liable to Lindsayca USA, Inc., in the amount of $7,794,454.03. Post judgment interest will accrue at the statutory rate on the date judgment is entered).

And bears interest at: 4.07 %

From this judgment debtor:

BARIVEN, S.A.

You are commanded to take of the goods, land and chooses-in-action of the judgment debtor enough to pay the judgment in full and the cost of this writ. Fail not, and return this writ, certifying how you executed it.

United States District Court
Southern District of Texas

CLERK OF COURT

By: _____
Deputy Clerk

Date Issued: _____